

Priority Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CORPORATE EXPRESS, a corporation,<br><br>    Defendants. | Case No. CV 06-07378 DDP (JTLx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>[Notice of Removal filed on November 17, 2006] |

    The Court orders the Defendant to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff Kevin Davis brought suit against Defendants Corporate Express in California state court, alleging state claims for violation of the Fair Employment and Housing Act and wrongful termination in violation of public policy. Defendants removed to federal district court on the basis of diversity jurisdiction. A federal court may exercise diversity jurisdiction when there is complete diversity between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332.

It is not clear to the Court that the jurisdictional amount in controversy is satisfied. According to Defendants, Plaintiff has alleged an amount in controversy that exceeds the $75,000 threshold required for diversity jurisdiction. (Notice of Removal ¶ 4.) The information presented does not support how Plaintiff Davis' claim exceeds $75,000.

Accordingly, the Court orders the parties to file cross-briefs, not to exceed five pages, by September 14, 2007 to show cause why this action should not be dismissed for failure to satisfy the amount in controversy requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. The Court notes that the Defendant has the burden of establishing removal jurisdiction. If a party does not file a brief, the court will regard that party as not opposing remand of this matter. A hearing is scheduled on this matter for Monday, September 24, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated: 8-29-07

DEAN D. PREGERSON
United States District Judge

2